No. 8728. STATE OF MONTANA ex rel. J. S. BECK, PETITIONER, *v.* DISTRICT COURT, PARK COUNTY, et al., RESPONDENTS.

IT IS HEREBY ORDERED that the petition for a writ of review herein be denied. Hugh Adair, Chief Justice, I. W. Choate, Albert H. Angstman, Edwin K. Cheadle, Associate Justices.

Done this 30th day of January, 1947.

Attorney for Petitioner: *E. F. Bunker,* Bozeman.